■ JOSEPH VISCUSI, JR., Respondent, v CASIMIR J. OSTROWSKI, Appellant. [860 NYS2d 756]—Appeal from an order of the Supreme

Court (Reilly, Jr., J.), entered September 14, 2007 in Schenectady County, which partially denied defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Vincent J. Reilly, Jr.

Peters, J.P., Rose, Lahtinen, Kane and Stein, JJ., concur. Ordered that the order is affirmed, with costs.